**Robert Lane COUCH, Jr.**
**Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Com-**
**missioner of Social Security De-**
**fendant-Appellee**

No. 16-3791

United States Court of Appeals,
Eighth Circuit.

Submitted: November 6, 2017

Filed: November 9, 2017

Robert Lane Couch, Jr., Pro Se

Jerry Lee Short, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, Julia Catherine Walker, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Defendant-Appellee

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Robert Lane Couch, Jr. appeals the district court's[1] order affirming the denial of supplemental security insurance benefits. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Based on de novo review of the record as a whole, this court agrees that substantial evidence supports the denial of benefits. *See Igo v. Colvin*, 839 F.3d 724, 728 (8th Cir. 2016). The ALJ was not required to give controlling weight to the opinions of treating physicians insofar as those opinions were inconsistent with their findings or with the medical record, or where other medical opinions were supported by better or more thorough medical evidence. *See Grable v. Colvin*, 770 F.3d 1196, 1201 (8th Cir. 2014); *Perkins v. Astrue*, 648 F.3d 892, 897-99 (8th Cir. 2011); *Davidson v. Astrue*, 578 F.3d 838, 843 (8th Cir. 2009). To the extent Couch's pro se brief challenges the ALJ's credibility determination, that determination is entitled to deference because it was supported by good reasons and substantial evidence. *See Julin v. Colvin*, 826 F.3d 1082, 1086 (8th Cir. 2016).

The judgment is affirmed.

---

1. The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.